

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GROVER SELLERS
ATTORNEY GENERAL

Honorable L. A. Woods
State Superintendent of Public Instruction
Austin, Texas

Dear Sir:

Opinion No. O-6535
Re: Whether under facts stated the Department of Education is authorized to approve the salary of the teacher in question on a twelve months' basis.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Article 3, Section 2 of House Bill 176, Acts of the 48th Legislature, which is the current Equalization Aid Law, provides that the salary of vocational agriculture teachers may be approved for 12 months. You will recall that Article 2657 empowers the State Superintendent to issue instructions, regulations, or interpretations of the school law.

"Since the law does not define vocational work, the Committee on the Classification and Accreditation of Schools, of which I am chairman, and which consists of 20 members and represents all types of schools and colleges and serves as my advisory committee in making such regulations and interpretations, has defined vocational work on page 18 of Bulletin 438. This definition states in part:

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Hon. L. A. Woods - Page 2

"'Whether or not the credit is Vocational
depends upon the subject matter offered
and credits earned rather than the method
of financing the cost of instruction.'

"This means that if the work is accredited,
it is vocational; and if it is not accredited, it is
simply agriculture, or whatever the subject might be.

"The Sweet Home School District in
Guadalupe County has a two-teacher colored school
that is unaccredited. The principal, Mr. Robert
V. Arnold, teaches agriculture as one of his subjects,
and they have requested $127.50 per month for 12
months from Equalization Aid Funds for his annual
salary. We have approved him for $127.50 per
month on an 8-months' basis for a total of $1,020
for the reason that the work is not accredited. The
State Board for Vocational Education has added
$450 State and Federal subsidy to this amount.

"This question: Since the work is not
accredited and since the teacher is not a full-
time agriculture teacher, are we authorized to
approve his salary on a 12-months' basis?"

Section 2 of Article 3, H. B. 176 of the 48th
Legislature of Texas, as amended by H. B. 3, Acts of the 49th
Legislature of Texas, 1945, reads as follows:

"'Section 2. Salary Schedule and Length
of Term. The base pay for classroom teachers in
unaccredited schools shall be Ninety-five Dollars
($95) per month for eight (8) months. The base pay
for classroom teachers in accredited schools shall
be One Hundred Dollars ($100) per month for nine (9)
months. Two Dollars and Fifty Cents ($2.50) per
month shall be added for each year of college credit
over one year not to exceed Ten Dollars ($10). One
Dollar and Fifty Cents ($1.50) per month shall be
added for each year of teaching experience; provided
such amount added for experience shall not exceed
Fifteen Dollars ($15) per month. Additional allowances
for teachers serving as principals and/or superintendents

Hon. L. A. Woods - Page 3

shall be the same as was provided for the year 1942-43. The annual salary of teachers in accredited schools shall be the monthly salary multiplied by nine (9). The annual salary of teachers in UNACCREDITED schools shall be the monthly salary multiplied by eight (8). The annual salary of Superintendents of ACCREDITED schools with eight (8) or more recognized affiliated credits and entitled to six (6) teachers or more under Section 1 of this Article, Vocational Agriculture teachers, and Trades and Industries teachers, shall be the monthly salary as determined by schedule stated herein multiplied by twelve (12). The annual salary of Home Economics teachers shall be the monthly salary as determined by said schedule multiplied by ten (10). All such authorized salaries may be paid in twelve (12) equal payments, which shall not exceed the contract or the salary schedule, beginning with September 1st of each year. Salaries of Superintendents and Vocational teachers may begin on July 1st rather than September 1st. All schools of the accredited class receiving aid shall provide a term of approximately nine (9) months, and schools of the unaccredited class receiving aid shall provide a term of approximately eight (8) months. An accredited school is herein defined as a school teaching either the elementary grades, the elementary grades plus two (2) years of high school, or the elementary grades and four (4) years of high school and recognized by the State Department of Education as doing standard work. Should any school district eligible to receive Salary Aid under the provisions of this Act maintain a salary schedule in excess of the salary schedule stated herein with revenue listed as receipts in the budget, the amount of salary aid received by such school district shall be reduced by the amount of such excess. It is further provided as a temporary method to more adequately compensate teachers in state aid schools for the school year 1944-45, that in addition to the base salary, increments, and allowances, authorized in this Section, there shall be paid to teachers, teaching in state

aid schools, an amount not to exceed Seventy-five Dollars ($75) at the end of each of the last four (4) school months of the school year 1944-45; provided, however, this increase shall apply only to those teachers who receive their salary exclusively from State Available, Local Maintenance and Rural Aid Funds.'" (Emphasis ours.)

Under the facts stated, we think you have correctly decided the matter. Your question, therefore, is accordingly answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By    Wm. J. Fanning
        Assistant

WJF:bt

APPROVED APR 28 1945

FIRST ASSISTANT
ATTORNEY GENERAL



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN